## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:95CR111-MU

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **JUAN CARLOS RETAYAUD,** | ) | |
| **Defendant.** | ) | |
| ——————————————————— | ) | |

      **THIS MATTER** comes before the Court on a document captioned as a "Motion to Humbly Ask This Honorable District Court to Take into Consideration to Give Petitioner a Chance to be Able to Put New Evidence Before You. So That he can File his Motion Under New Evidence That May Give Petitioner Some Type of Relief" (document # 118). In his Motion, Plaintiff fails to point to any law justifying the relief requested. Furthermore, this Court's Order from August 1, 2008 (document # 117) already explained why relief is inappropriate in these circumstances. Accordingly,

      **IT IS THEREFORE ORDERED THAT** Plaintiff's Motion is **DENIED.**

Signed: December 1, 2008

Graham C. Mullen
United States District Judge